**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| EVE ESCOBEDO, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Case No.  SA-24-CA-00773-XR |
| | § | |
| SHERIFF MARK REYNOLDS, COMAL | § | |
| COUNTY SHERIFF'S DEPARTMENT; | § | |
| BAIL BOND BOARD JENNIFER THARP, | § | |
| OFFICER FABIAN CHAPA, | § | |
| PROBATION &AMP; PRE-TRIAL | § | |
| SERVICES; BULVERDE SPRING | § | |
| BRANCH FIRE DEPARTMENT, COMAL | § | |
| COUNTY; STATE OF TEXAS, ERICK | § | |
| VARGAS, JOSHUA RAY, REBEKAH | § | |
| COONS, MARK SOUTHWELL, JOE | § | |
| GONZALES, GARY NOEGEL, | § | |
| JENNIFER SMITH, ROGER "ROCKY" | § | |
| MILLICAN, DOE DEFENDANTS 1-10, | § | |
| COMAL COUNTY, TEXAS, COMAL | § | |
| COUNTY EMERGENCY SERVICES | § | |
| DISTRICT NO. 1, COMAL COUNTY | § | |
| EMERGENCY SERVICES DISTRICT | § | |
| NO. 4, COMAL COUNTY EMERGENCY | § | |
| SERVICES DISTRICT NO. 5, | § | |
| *Defendants* | § | |

**ORDER**

On this date, the Court considered Plaintiff's Motion for Clerk's Entry of Default.  ECF No. 70.  After careful consideration, the Motion is **DENIED.**

In this Section 1983 case, Plaintiff Eve Escobedo sues numerous defendants for alleged constitutional violations.  Defendants in this case include several officials of Comal County, in both their individual and official capacities.  *See* ECF Nos. 25, 61.

1

On February 17, 2026, Plaintiff filed a Fourth Amended Complaint, which did not meaningfully change her factual allegations.  ECF No. 61.  Before the Fourth Amended Complaint was filed, all defendants had filed answers.

The Fourth Amended Complaint added four defendants to the case: Comal County, Texas and Comal County Emergency Services ("EMS") Districts 1, 4, and 5.  *See* ECF No. 61.  Since the Fourth Amended Complaint was filed, EMS Districts 4 and 5 have filed Original Answers, ECF Nos. 65, 66, and Defendant Josua Ray has filed a new Answer, ECF No. 63.  Plaintiff now moves for default against several Defendants who have not filed answers to the Fourth Amended Complaint, most of whom *did* file answers to earlier versions of the complaint.  ECF No. 70.

"A responsive pleading is not always required when an amended complaint is filed."  *Aircraft Holding Sols., LLC v. Learjet, Inc.*, No. 3:18-CV-0823-D, 2020 WL 6262183, at *3 (N.D. Tex. Oct. 23, 2020).  Rather, courts generally "den[y] motions for default judgment based on a defendant's failure to answer an amended complaint where, as here, the defendant answered the original complaint and the amended complaint did not significantly change the allegations against that defendant."  *Id.* (collecting cases).  Most of the Defendants against whom Plaintiff seeks default already filed answers to earlier versions of the complaint. The Fourth Amended Complaint does not "significantly change the allegations" against those Defendants, so they do not need to file amended answers.

The only Defendant who has not filed an answer to an earlier version of the complaint is Comal County.  However, Comal County officials—sued in their official capacities—*did* file an earlier answer.  "As long as the government entity receives notice and an opportunity to respond, an official-capacity suit is, in all respects other than name, to be treated as a suit against the entity." *Kentucky v. Graham*, 473 U.S. 159, 166 (1985).  And  "[p]leadings must be construed so as to do

justice." Fed. R. Civ. P. 8(e).  Comal County is represented by the same attorneys as its officials and has filed multiple motions jointly with those officials.  ECF Nos. 67–69.  The Answer filed by Comal County officials in their official capacities (ECF No. 40), as well as Comal County's participation in the litigation are sufficient to preclude entry of default against them.

Plaintiff's Motion for Default (ECF No. 70) is therefore **DENIED.**

It is so **ORDERED**.

**SIGNED** this 7th day of April, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE